```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                      Case No. 17-02000-HWV
Victoria Ann Clark                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: Oct 12, 2017
                               Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2017.
db          +Victoria Ann Clark,   3106 Braeburn Lane,   Harrisburg, PA 17110-9101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Dorothy L Mott    on behalf of Debtor 1 Victoria Ann Clark DorieMott@aol.com,
         KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
        James    Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO
         Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1
         bkgroup@kmllawgroup.com
        Kara Katherine Gendron    on behalf of Debtor 1 Victoria Ann Clark karagendronecf@gmail.com,
         doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                     TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| VICTORIA ANN CLARK | : | |
|    Debtor(s) | : | CASE NO. 1:17-bk-02000HWV |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
|    Movant | : | DOCKET NO: 29 |
| VICTORIA ANN CLARK | : | MOTION TO DISMISS |
|    Respondent(s) | : | |

<u>ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE</u>

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed on October 11, 2017

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's

MOTION TO DISMISS for material default filed on or about September 12, 2017

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge
(LP)

Dated: October 12, 2017