# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   VICTORIA ANN CLARK                                     CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III  
CHAPTER 13 TRUSTEE  
    Movant                                                                CASE NO:  1-17-02000-HWV

VICTORIA ANN CLARK

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on September 21, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of September 21, 2018, the Debtor(s) is/are $1630.00 in arrears with a plan payment having last been made on Apr 23, 2018

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                                Respectfully Submitted,  
                                                /s/  Liz Joyce  
                                                for Charles J. DeHart, III, Trustee  
                                                8125 Adams Drive, Suite A  
                                                Hummelstown, PA  17036  
                                                Phone:  (717) 566-6097

Dated: September 21, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: VICTORIA ANN CLARK  
    Debtor(s)

CHARLES J. DEHART, III  
CHAPTER 13 TRUSTEE  
    Movant

CHAPTER 13

CASE NO: 1-17-02000-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 21, 2018, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

KARA K GENDRON  
MOTT & GENDRON LAW  
125 STATE STREET  
HARRISBURG, PA  17101-

SERVED ELECTRONICALLY

VICTORIA ANN CLARK  
3106 BRAEBURN LANE  
HARRISBURG, PA  17110

SERVED BY 1ST CLASS MAIL

United States Trustee  
228 Walnut Street  
Suite 1190  
Harrisburg, PA  17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 21, 2018

Respectfully submitted,  
Liz Joyce  
for Charles J. DeHart, III, Trustee  
Suite A, 8125 Adams Dr.  
Hummelstown, PA  17036  
Phone: (717) 566-6097  
eMail: dehartstaff@pamd13trustee.com