IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
VICTORIA ANN CLARK :
   Debtor : CASE NO. 1:17-bk-02000
:

## POST PETITION DEBT LIST

| CREDITOR NAME & ADDRESS | AMOUNT | DATE INCURRED |
|---|---|---|
| ADVENTIST BOOK CENTER<br>34 SAWYER STREET<br>PO BOX 848<br>SOUTH LANCASTER, MA 01561-0848 | $503.13 | |
| AQUA SPECIALISTS INC<br>160 SILVER SPRING ROAD<br>MECHANICSBURG, PA 17050 | | |
| BENUCK & RAINEY INC<br>25 CONCORD ROAD<br>LEE, NH 03861 | | |
| CUMBERLAND GOODWILL FIRE RESCUE<br>AMBULANCE BILLING OFFICE<br>PO BOX 726<br>NEW CUMBERLAND, PA 17070-0726 | $388.50 | 6/5/18 |
| PENNSYLVANIA EYE ASSOC<br>4100 LINGLESTOWN ROAD<br>HARRISBURG, PA 17112 | $525.85 | various |
| PENNSYLVANIA TURNPIKE COMMISION<br>VIOLATION PROCESSING CENTER<br>8000C DERRY ST<br>HARRISBURG, PA 17110 | $66.10 | 11/03/18 |
| WESTGATE RESORTS<br>5601 WINDHOVER DRIVE<br>ORLANDO, FL 32819 | | |
| WILLIAMSBURG PLANTATION RESORT<br>4870 LONGHILL ROAD<br>WILLIAMSBURG, VA 23188 | | |
| CONVERGENT OUTSOURCING INC<br>800 SW 39TH STREET<br>PO BOX 9004<br>RENTON, WA 98057 | | |

/s/ Victoria Ann Clark

_____

VICTORIA ANN CLARK