IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| VICTORIA ANN CLARK | : | CASE NO. 1:17-bk-02000 |
|   Debtor(s) | : | |

## MOTION TO REINSTATE THE CASE

COMES NOW the Debtor, by and through Dorothy L. Mott, and requests that the case be reinstated, respectfully stating in support thereof:

1. The Debtor filed a Chapter 13 Petition on May 13, 2017.
2. The Debtor fell behind in monthly payments to the Trustee and the Debtor's case was dismissed on September 27, 2018.
3. The Debtor seeks to reinstate her case for the purpose of converting to Chapter 7.

WHEREFORE, the Debtor respectfully requests that this Court enter an order reinstating the case and granting relief such other relief as this Court deems just.

Respectfully submitted,

_____
Dorothy L. Mott
Atty ID#43568
Dorothy L Mott Law Office, LLC
125 State Street
Harrisburg PA  17101
(717) 232-6650
(717) 232-0477
doriemott@aol.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| VICTORIA ANN CLARK | : | CASE NO. 1:17-bk-02000 |
|   Debtor | : | |
| | : | |
| | : | |
| | : | |

### O R D E R

AND NOW,

UPON CONSIDERATION of the Motion to Reinstate the Case, it is hereby ORDERED AND DECREED that Debtor's case is reinstated.