# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

November 6, 2018

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re: Victoria Ann Clark
    Bankruptcy No:1:17-bk-02000

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below (2 entries) for the above-referenced client from:

COMCAST CABLE (BK Notices)
55 SUZY STREET
LEBANON, pa 17046

to:

COMCAST CABLE (BK Notices)
676 ISLAND POND ROAD
MANCHESTER, NH 03109


Please remove old address from mailing matrix.


Thank you for your attention to this matter.

Sincerely,

/s/Edith Warfel
 Edith Warfel, Secretary to
Dorothy L. Mott, Attorney at Law