```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 17-02000-HWV
Victoria Ann Clark                                                  Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh              Page 1 of 3              Date Rcvd: Nov 08, 2018
                              Form ID: pdf010            Total Noticed: 115


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db            +Victoria Ann Clark,    3106 Braeburn Lane,    Harrisburg, PA 17110-9101
5127109        ADVENTIST BOOK CENTER,    34 SAWYER STREET,    PO BOX 848,    SOUTH LANCASTER, MA 01561-0848
4921096       +ALPAT CO,    40070 CANE AVE, STE 400,    SLIDELL, LA 70461-3757
4921097        AMERICAN RETIREMENT LIFE INSURANCE CO,    PO BOX 26580,    AUSTIN, TX 78755-0580
5127110       +AQUA SPECIALISTS INC,    PO BOX 123,    MECHANICSBURG, PA 17055-0123
4921098       +ARCADIA RECOVERY BUREAU,    PO BOX 6768,    WYOMISSING, PA 19610-0768
5127111       +BENUCK & RAINEY INC,    25 CONCERD ROAD,    LEE, NH 03861-6659
4921100       +BLUE MOUNTAIN ACADEMY,    2363 MOUNTAIN ROAD,    HAMBURG, PA 19526-8745
4921101       +BSG FINANCIAL LLC,    310 W LIBERTY STREET,    LOUISVILLE, KY 40202-3020
4921102        BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
4921103       +CALCAGNO & ROSSI,    2025 TECHNOLOGY PKWY, STE 304,    MECHANICSBURG, PA 17050-9402
4921104       +CALDWELL & KEARNS,    3631 NORTH FRONT STREET,    HARRISBURG, PA 17110-1500
4921105       +CARLISLE REGIONAL MED CTR,    361 ALEXANDER SPRING ROAD,    CARLISLE, PA 17015-3661
4921108        CCB/BOSCOV,    BANKRUPTCY NOTICES,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4921109        CENTERS FOR MEDICARE AND MEDICAID SERVIC,    7500 SECURITY BLVD,    BALTIMORE, MD 21244-1850
4921110       +CENTRAL PA REHAB,    689 YORKTOWN RD,    LEWISBERRY, PA 17339-9258
4921112       +CITY OF HARRISBURG,    BUR OF OPERATIONS & REVENUE,    10 NORTH SECOND STREET,
                HARRISBURG, PA 17101-1677
4921114       +COLONIAL PARK ANIMAL CLINIC,    4905 JONESTOWN ROAD,    HARRISBURG, PA 17109-1704
4921115       +COMCAST CABLE (BK Notices),    676 ISLAND POND ROAD,    MANCHESTER, NH 03109-4840
4921117       +COMPUTER CREDIT, INC,    CLAIM DEPT 083307,    640 W FOURTH STREET,    PO BOX 5238,
                WINSTON SALEM, NC 27113-5238
5127112       +CONVERGENT OUTSOURCING INC,    800 SW 39TH STREET,    PO BOX 9004,    RENTON, WA 98057-9004
5127113       +CUMBERLAND GOODWILL FIRE RESCUE,    BILLING OFFICE,    PO BOX 726,
                NEW CUMBERLAND, PA 17070-0726
4921121       +DAUPHIN COUNTY TAX CLAIM,    2 SOUTH 2ND STREET,    HARRISBURG, PA 17101-2047
4921122        DIRECTV CUSTOMER SERVICE (p),    BANKRUPTCY CLAIMS,    PO BOX 6550,
                GREENWOOD VILLAGE CO 80155-6550
4921123        DIVERSIFIED CONSULTANTS, INC,    PO BOX 1391,    SOUTHGATE, MI 48195-0391
4921124       +FAMILY PRACTICE CENTER, PC,    7 DOCK HILL ROAD,    MIDDLEBURG, PA 17842-8910
4921125       +GEISNER HOLY SPIRIT HOSPITAL,    503 N 21ST STREET,    CAMP HILL, PA 17011-2288
4921126       +GOODALL POOLS & SPAS,    3607 HARTZDALE DRIVE,    CAMP HILL, PA 17011-7218
4921127       +HAMILTON LAW GROUP,    TROXELL PROFESSIONAL PLZ,    PO BOX 90301,    ALLENTOWN, PA 18109-0301
4921128       +HARRISBURG ENDOSCOPY,    4760 UNION DEPOSIT RD,    HARRISBURG, PA 17111-3744
4921129       +HARRISBURG FOOT & ANKLE,    4033 LINGLESTOWN RD, STE 1,    HARRISBURG, PA 17112-1153
4921130       +HARRISBURG GASTROENTEROLOGY,    4760 UNION DEPOSIT ROAD,    HARRISBURG, PA 17111-3744
4921131       +HGTV MAGAZINE,    PO BOX 6093,    HARLAN, IA 51593-1593
4921132       +INFINITY INSURANCE COMPANIES,    PO BOX 2153,    BIRMINGHAM, AL 35287-0002
4921134       +JP HARRIS ASSOCIATES LLC,    MUNICIPAL TAX ACCOUNTS,    PO BOX 226,
                MECHANICSBURG, PA 17055-0226
4921136       +MCCABE WEISBERG & CONWAY PC,    ATTN: MARGARET GAIRO,    123 SOUTH BROAD ST, STE 1400,
                PHILADELPHIA PA 19109-1060
4921138        MEDICARE PREMIUM COLLECTION CENTER,    PO BOX 790355,    SAINT LOUIS, MO 63179-0355
4921140       +MODERN RECOVERY SOLUTIONS,    PO BOX 500,    NEWMANSTOWN, PA 17073-0500
4921141       +MRS BPO LLC,    1930 OLNEY AVENUE,    CHERRY HILL, NJ 08003-2016
4921137       +McCLURE LAW OFFICE,    PO BOX 65,    MIDDLETOWN, PA 17057-0065
4921143       #NATIONWIDE CREDIT INC,    PO BOX 26314,    LEHIGH VALLEY, PA 18002-6314
4921144       +NCFCU,    PO BOX 658,    NEW CUMBERLAND, PA 17070-0658
4921145       +NEW JERSEY TURNPIKE AUTHORITY,    ADMIN BLDG - 581 MAIN STREET,    PO BOX 5042,
                WOODBRIDGE, NJ 07095-5042
4921146       +NORTH SHORE AGENCY CORRESPONDENCE,    PO BOX 9221,    OLD BETHPAGE, NY 11804-9021
4929476       +New Cumberland Federal Credit Union,    PO Box 658,    New Cumberland PA 17070-0658
4921147       +OIP,    3399 TRINDLE ROAD,    CAMP HILL, PA 17011-2286
4921148        ORECK DIRECT LLC,    1400 SALEM ROAD,    COOKEVILLE, TN 38506-6221
4921149       +PATHOLOGY ASSOC OF CEN PA,    4520 UNION DEPOSIT ROAD,    HARRISBURG, PA 17111-2910
4921150       +PATIENT FIRST,    5000 COX ROAD, STE 100,    GLEN ALLEN, VA 23060-9263
4921152       +PENN WASTE INC,    PO BOX 3066,    85 BRICKYARD ROAD,    YORK, PA 17402-0066
5127114       +PENNSYLVANIA EYE ASSOC,    4100 LINGLESTOWN ROAD,    HARRISBURG, PA 17112-1071
5127115       +PENNSYLVANIA TURNPIKE COMMISION,    VIOLATION PROCESSING CENTER,    8000C DERRY ST,
                HARRISBURG, PA 17111-5287
4921153       +PINNACLE CARDIOLOGY,    1000 N FRONT STREET, STE 200,    WORMLEYSBURG, PA 17043-1044
4921154       +PINNACLE HEALTH EMERGENCY,    6880 W SNOWVILLE ROAD,    SUITE 210,    BRECKSVILLE, OH 44141-3255
4921157        PPL ELECTRIC UTILITIES,    ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
4921158       +PROFESSIONAL ACCOUNT SERVICES,    7100 COMMERCE WAY, STE 100,    BRENTWOOD, TN 37027-6935
4921159       +PROGRESSIVE INSURANCE,    5165 CHAMPUS DR, STE 100,    PLYMOUTH MEETING, PA 19462-1639
4921162       +QUEST DIAGNOSTICS,    C/O PATIENT BANKRUPTCY SERVICES,    PO BOX 740775,
                CINCINNATI, OH 45274-0775
4921164        QVC EASY PAY,    STUDIO PARK,    WEST CHESTER, PA 19380
4921166       +REAM, CARR, MARKEY & WHOLOSHIN, LLP,    119 E MARKET STREET,    YORK, PA 17401-1221
4921168       +REVENUE COLLECT,    PO BOX 2103,    MECHANICSBURG, PA 17055-2103
4921169       +RIVERSIDE ANES ASSOC LTD,    1 RUTHERFORD RD, STE 101,    HARRISBURG, PA 17109-4540
4921170       +SECOND ROUND SUB, LLC,    PO BOX 41955,    AUSTIN, TX 78704-0033
4921172       +SILLIKER & REINHOLD,    MARK T SILLIKER, ESQUIRE,    5922 LINGLESTOWN ROAD,
                HARRISBURG PA 17112-1149
```

```
4921173        +SILVERS FAMILY DENTAL CARE,    4392 STURBRIDGE DR, STE 100,    HARRISBURG, PA 17110-3674
4921174        +SIT N CYCLE,    PO BOX 5018,    WALLINGFORD, CT 06492-7518
4921175        +SKO BRENNER AMERICAN,    40 DANIEL ST,    PO BOX 230,    FARMINGDALE, NY 11735-0230
4921178        +SUEZ WATER PENNSYLVANIA,    CUSTOMER SERVICE CENTER,    8189 ADAMS DRIVE,
                 HUMMELSTOWN, PA 17036-8625
4921179        +SUNDANCE VACATIONS,    264 Highland Park Blvd.,    Wilkes Barre, PA 18702-6768
4921180         SUNRISE CREDIT SERVICES,    260 AIRPORT PLAZA,    PO BOX 9100,    FARMINGDALE, NT 11735-9100
4921181         SUSQUEHANNA TWP AUTH,    1900 LINGLESTOWN RD,    HARRISBURG, PA 17110-3301
4921182        +SUSQUEHANNA TWP EMS,    PO BOX 98,    ENOLA, PA 17025-0098
4960955        +Susquehanna Township Authority,    1900 Linglestown Road,    Harrisburg, PA 17110-3301
4921183       ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court: T-MOBILE BANKRUPTCY DEPT,    PO BOX 37380,    ALBUQUERQUE, NM 87176)
4921185        +TRI-STATE FINANCIAL,    PO BOX 2520,    WILKES BARRE, PA 18703-0018
4921186        +TRISTAN RADIOLOGY SPECIALISTS PC,    4520 UNION DEPOSIT RD,    HARRISBURG, PA 17111-2910
4921187        +TRUGREEN 5840,    1000 KREIDER DR STE 100,    MIDDLETOWN, PA 17057-3113
4921188        +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4921189        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
4921192        +VERIZON CMR CLAIMS DEPT,    MAIL CORRESPONDENCE,    PO BOX 60553,    OKLAHOMA CITY, OK 73146-0553
5127116        +WESTGATE RESORTS,    5601 WINDHOVER DRIVE,    ORLANDO, FL 32819-7936
4921195        +WHYNOT LEASING, LLC,    D/B/A WHYNOT LEASE IT,    1750 ELM STREET STE 1200,
                 MANCHESTER, NH 03104-2907
5127117        +WILLIAMSBURG PLANTATION RESORT,    4870 LONGHILL ROAD,    WILLIAMSBURG, VA 23188-1571
4921196        +WINDHAM PROFESSIONALS,    PO BOX 1048,    380 MAIN STREET,    SALEM, NH 03079-2412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4921095         E-mail/Text: EBNProcessing@afni.com Nov 08 2018 19:14:19     AFNI INC,    404 BROCK DRIVE,
                 PO BOX 3097,    BLOOMINGTON, IL 61702-3097
4921099        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 08 2018 19:14:47      BERKS CREDIT & COLL,
                 900 CORPORATE DRIVE,    READING, PA 19605-3340
4921106        +E-mail/Text: melonie@reducear.com Nov 08 2018 19:14:39     CB SERVICES,    PO BOX 4127,
                 FORT WALTON BEACH, FL 32549-4127
4921107         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 08 2018 19:14:10      CB/BON,    BK NOTICES,
                 PO BOX 182125,    COLUMBUS, OH 43218-2125
4921111        +E-mail/Text: dehartstaff@pamd13trustee.com Nov 08 2018 19:14:29     CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4921113        +E-mail/Text: melonie@reducear.com Nov 08 2018 19:14:39     COLLBURFTWB,    PO BOX 4127,
                 FORT WALTON BEACH, FL 32549-4127
4921116         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 19:14:15      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4921119        +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 08 2018 19:14:38
                 CREDIT COLLECTION SERVICES,    TWO WELLS AVE,    NEWTON, MA 02459-3246
4921120         E-mail/PDF: creditonebknotifications@resurgent.com Nov 08 2018 19:15:01      CREDITONE BANK,
                 CUSTOMER BILLING AND CORRESPONDENCE,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
4921133         E-mail/Text: cio.bncmail@irs.gov Nov 08 2018 19:14:07     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4944629         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2018 19:15:19
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4921139        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 08 2018 19:14:16     MIDLAND FUNDING LLC,
                 8875 AERO DRIVE SUITE 200,    SAN DIEGO, CA 92123-2255
4921142        +E-mail/Text: Bankruptcies@nragroup.com Nov 08 2018 19:14:44     NATIONAL RECOVERY AGENCY,
                 PO BOX 67015,    HARRISBURG PA 17106-7015
4921155        +E-mail/Text: CDuffy@pinnaclehealth.org Nov 08 2018 19:14:10     PINNACLE HEALTH HOSPITALS,
                 PO BOX 2353,    HARRISBURG, PA 17105-2353
4921156         E-mail/Text: margreen@pinnaclehealth.org Nov 08 2018 19:14:36     PINNACLE HEALTH MED SVCS,
                 PO BOX 1286,    HARRISBURG, PA 17108-1286
4921160        +E-mail/Text: bankruptcynotices@pch.com Nov 08 2018 19:14:08     PUBLISHERS CLEARING HOUSE,
                 101 WINNERS CIRCLE,    PORT WASHINGTON, NY 11050-2218
4933316        +E-mail/Text: colleen.atkinson@rmscollect.com Nov 08 2018 19:14:41
                 Patient First c/o Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
4921163         E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 19:15:00     QVC,    QCARD,    PO BOX 530905,
                 ATLANTA, GA 30353-0905
4957681         E-mail/Text: bnc-quantum@quantum3group.com Nov 08 2018 19:14:11
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
4921165        +E-mail/Text: bkdepartment@rtresolutions.com Nov 08 2018 19:14:20     REAL TIME RESOLUTIONS INC,
                 1349 EMPIRE CENTRAL DR, STE 150,    DALLAS, TX 75247-4029
4921167        +E-mail/Text: colleen.atkinson@rmscollect.com Nov 08 2018 19:14:41
                 RECEIVABLES MANAGEMENT SYSTEMS,    PO BOX 8630,    RICHMOND, VA 23226-0630
4921171        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 08 2018 19:14:10     SHOPNBC,
                 220 W SCHROCK RD,    WESTERVILLE, OH 43081-2873
4921176         E-mail/Text: appebnmailbox@sprint.com Nov 08 2018 19:14:15     SPRINT,    CUSTOMER SERVICE,
                 PO BOX 15955,    SHAWNEE MISSION, KS 66285
4921177        +E-mail/Text: jennifer.chacon@spservicing.com Nov 08 2018 19:14:46     SPS,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 65250,    SALT LAKE CITY, UT 84165-0250
4921184        +E-mail/Text: bankruptcydepartment@tsico.com Nov 08 2018 19:14:36     TRANSWORLD SYSTEMS INC,
                 507 Prudential Road,    Horsham, PA 19044-2308
4921190        +E-mail/Text: ebn@vantagesourcing.com Nov 08 2018 19:14:28     VANTAGE SOURCING,    PO BOX 6786,
                 DOTHAN, AL 36302-6786
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4921191        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 08 2018 19:14:03
                VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
4921193        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 08 2018 19:14:03
                VERIZON WIRELESS,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
4942944       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 08 2018 19:15:39      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
4921194       +E-mail/Text: RMOpsSupport@alorica.com Nov 08 2018 19:14:19      WEST ASSET MANAGEMENT,
                7171 MERCY RD  STE 100,    OMAHA NE 68106-2636
4972770       +E-mail/Text: jennifer.chacon@spservicing.com Nov 08 2018 19:14:46
                Wells Fargo Bank, N.A., as Trustee, ECT,    C/O SPS,    PO BOX 65250,
                Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4921118        CRA COLLECTIONS,     Address removed per entry 43
4921135      ##+KEYSTONE MOBILILTY,     8118 ADAMS DRIVE,    HUMMELSTOWN, PA 17036-8623
4921151      ##+PEERLESS CREDIT SERVICES INC,     659 SPRING GARDEN DRIVE,    MIDDLETOWN, PA 17057-3033
4921161      ##+PULMONARY AND CRITICAL CARE MED ASSOC,     1631 N. FRONT STREET,    HARRISBURG, PA 17102-2435
                                                                                   TOTALS: 1, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Victoria Ann Clark DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James   Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO
               Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Victoria Ann Clark karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
VICTORIA ANN CLARK : CASE NO. 1:17-bk-02000
  Debtor :

### O R D E R

UPON CONSIDERATION of the Motion to Reinstate the Case, it is hereby ORDERED AND DECREED that Debtor's case is reinstated.

Dated: November 07, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)