```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                                    Case No. 17-02000-HWV
Victoria Ann Clark                                                        Chapter 7
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: MMchugh              Page 1 of 1              Date Rcvd: Jun 20, 2019
                            Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
db             +Victoria Ann Clark,   3106 Braeburn Lane,   Harrisburg, PA 17110-9101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
              Dorothy L Mott    on behalf of Debtor 1 Victoria Ann Clark DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Francis Thomas Tarlecki    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf
               of SASCO Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1
               ecfmail@ecf.courtdrive.com,   ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of SASCO
               Mortgage Loan Trust 2007-MLN1 Mortgage Pass-Through Certificates, Series 2007-MLN1
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Victoria Ann Clark karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,   PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Victoria Ann Clark,              Chapter     7

**Debtor 1**

Case No.     1:17–bk–02000–HWV

Social Security No.:
             xxx–xx–2645

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 20, 2019            By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

**fnldec** (05/18)